UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

R. JOSEPH HEWETT (Pro Se) and others similarly situated, DOES 1-10,000,

    Plaintiffs,

v.

TRUMP ORGANIZATION INC., a New York Corporation, TRUMP PRODUCTIONS, LLC, a New York Corporation, DONALD TRUMP, a New York resident, MARK BURNETT PRODUCTIONS, INC., a California Corporation, MARK BURNETT, an Alien residing in the United Kingdom, JEAN WORLDWIDE INC., a California Corporation, ARCHIE WORLDWIDE, INC., a California Corporation, CJ WORLDWIDE, INC. a California Corporation, and DOES 1-10,

    Defendants.

Case No.: 07 CA 10007 RCL

**Motion to withdraw complaint**

## MOTION TO WITHDRAW

Plaintiff R. Joseph Hewett, having entered into a settlement agreement with named defendants in the above action, does hereby petition the court to allow Plaintiff to withdraw said complaint.

_R. Joseph Hewett_      _May 7, 2007_
R. Joseph Hewett      May 7, 2007

cc: atty Merril Mironer C/O Katten Muchin Rosenman, 575 Madison Ave. New York, NY 10022
    atty James Sterling C/O Mark Burnett Productions, PMB 208 9899, Santa Monica BLVD Beverly Hills, CA 90212